**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover        Date:  February 22, 2012
Court Reporter:    Paul Zuckerman

Civil Action No. 12-cv-00390-MSK

| *Parties*: | *Counsel Appearing:* |
|---|---|
| UNITED STATES OF AMERICA, and | Jamie Mendelson |
| STATE OF COLORADO, *ex rel.* John W. Suthers, | Chris Larson |
| Attorney General, | Erik Neusch |
|       Plaintiffs, | |
| v. | |
| BELLA HOMES, LLC, | Arthur Leach |
| MARK STEPHEN DIAMOND, | Richard Tegtmeir |
| DANIEL DAVID DELPIANO, | John Richilano |
| MICHAEL TERRELL, | Patrick Ridley |
| DAVID DELPIANO, | |
| LAURA C. TABRIZIPOUR, | |
|       Defendants. | |

**COURTROOM MINUTES**

HEARING:    Motions

**2:04 p.m.    Court in session.**

The Court addresses service of process on the defendants.

Counsel confirm that service of process of all documents has been accomplished.

The Court addresses the pending restrictive access to the documents and the need for continuation of same.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:** All documents in the record that were filed or made subject to restricted access shall be made public. The Clerk is directed to accomplish that immediately.

The Court addresses the Stipulated Preliminary Injunction Order presented.

The parties request additional time today to negotiate and finalize the stipulation.

**2:11 p.m.** **Court in recess**
**3:28 p.m.** **Court in session**

The parties address the finalized stipulation and agree that it resolves all the disputes with regard to the motion for preliminary injunction.

**ORDER:** The Motion for Preliminary Injunction (**Doc. #4**) is **GRANTED** in accordance with the parties' terms and stipulation. A written Order will be issued. The Stipulated Preliminary Injunction Order is attached to the Minutes.

The Court addresses the remainder of the case.

Statements from counsel.

The Court addresses setting the matter for trial.

**ORDER:** Bench trial (5 days) is set on **July 16, 2012 at 9:00 a.m.** This is set junior to a criminal trial set for 8 days in Case No. 11-cr-00467. A final pretrial conference is set on **July 2, 2012 at 1:30 p.m.** All proceedings in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:** This matter is referred to Magistrate Judge Hegarty to set a Scheduling Conference as soon as possible, not waiting until the Answers are filed and to set expedited discovery to facilitate completion in order to proceed to trial.

**3:57 p.m.** **Court in recess.**

**Total Time: 36 minutes.**
**Hearing concluded.**