IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
The Hon. Marcia S. Krieger

Civil Action No. 12-cv-00390-MSK-MEH

UNITED STATES OF AMERICA, and
STATE OF COLORADO, *ex rel.* John W. Suthers, Attorney General,

    Plaintiffs,

v.

BELLA HOMES, LLC,
MARK STEPHEN DIAMOND,
DANIEL DAVID DELPIANO,
MICHAEL TERRELL,
DAVID DELPIANO,
LAURA C. TABRIZIPOUR,

    Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS

IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

DATED this 23rd day of February, 2012.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge