IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00390-MSK-MEH

UNITED STATES OF AMERICA, and
STATE OF COLORADO, *ex rel.* John W. Suthers, Attorney General,

      Plaintiffs,

v.

BELLA HOMES, a Delaware limited liability company,
MARK STEPHEN DIAMOND, an individual,
DANIEL DAVID DELPIANO, an individual,
MICHAEL TERRELL, an individual,
DAVID DELPIANO, an individual, and
LAURA C. TABRIZIPOUR, an individual, actually named as Relief-Defendant,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 9, 2012.**

      Defendants' Motion for Leave to Waive Appearances of All Defendants [filed March 7, 2012; docket #33] is **granted** as follows. Counsel for Defendants shall ensure that each Defendant (or its representative) is available by telephone throughout the entirety of the conference. As a cautionary note, however, if the lack of physical presence of such a person becomes a hindrance to the progress of any settlement negotiations at the conference, the conference may be recessed and re-convened at a time when the person(s) can be present, and costs of the recessed conference may be assessed against the absent Defendant(s).