**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane**

Civil Action No. 12-cv-00390-JLK-MEH

UNITED STATES OF AMERICA, and
STATE OF COLORADO, *ex rel.* John W. Suthers, Attorney General,

      Plaintiffs,

v.

BELLA HOMES, a Delaware limited liability company,
MARK STEPHEN DIAMOND, an individual,
DANIEL DAVID DELPIANO, an individual,
MICHAEL TERRELL, an individual,
DAVID DELPIANO, an individual, and
LAURA C. TABRIZIPOUR, an individual, actually named as Relief-Defendant,

      Defendants.

**ORDER VOIDING DEED TRANSACTIONS**

Pursuant to the Consent Judgment in the above-captioned case entered by the Court on March 20, 2012, and pursuant to the admission of Bella Homes, LLC, by its authorized representative, acknowledging its role in defrauding homeowners who signed over title to their homes to Bella Homes, it is hereby ORDERED, as follows:

All deed transactions conveying title or interest in real property to Bella Homes, LLC by any person are void *ab initio*.

DATED this 20th day of March, 2012.

                                                    **s/John L. Kane**
                                                    SENIOR U.S. DISTRICT JUDGE