IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00390-MSK-MEH

UNITED STATES OF AMERICA, and
STATE OF COLORADO, ex rel. John W. Suthers, Attorney General

      Plaintiff,

v.

BELLA HOMES, LLC,
MARK STEPHEN DIAMOND,
DANIEL DAVID DELPIANO,
MICHAEL TERRELL,
DAVID DELPIANO
LAURA C. TABRIZIPOUR

      Defendants.

---

## MOTION TO BE RELIEVED OF APPEARANCE OR TO LIMIT APPEARANCE

---

COMES NOW Arthur W. Leach, and moves this Court to limit or relieve counsel for Bella Homes from appearing at the hearing on March 21, 2012 as required by the Court's Order of March 19, 2012 (Doc. 43) and shows as follows.

The case involving Bella Homes has been settled. As the Court is aware from our conferences leading to the settlement all of the funds belonging to Bella Homes which were available on the date the suit and TRO were entered were seized. Bella Homes is presently out of business and there is no likelihood sources of additional funding for attorney fees will be forthcoming to pay counsel to participate in this continuing litigation. Additionally, the issue between the intervenor and the Plaintiffs is a separate action, as it must be, and the litigation Bella Homes participated in with the Plaintiffs is concluded. Finally, pursuant to our settlement

-2-

agreement the funds in question have been turned over to the State of Colorado and as a result the Plaintiffs are the correct parties to be before the Court.

Counsel is aware that certain representations have been made in pleadings and that the Court may want the counsel for Bella Homes to comment on the record regarding those representations. Counsel does not object to appearing for this purpose if the Court or any party deems such representations necessary and appropriate. We therefore move the court to either relieve counsel for Bella Homes from appearing or require that counsel be available at a time certain in order to provide any information the Court or the parties might desire.

Pursuant to Local Rule 7.1(a) I have consulted with AUSA Jamie Mendelson, AAG Erik Neusch and John Tappan, counsel for intervenors and all have no objection to Bella Homes being relieved of this appearance with the understanding that if the Court or any party desires Mr. Leach to participate he will make himself available beginning at 10:00 Mountain time (12:00 Eastern).

Respectfully submitted this 20th day of March, 2012.

/S/ *Arthur W. Leach*
Arthur W. Leach
Georgia Bar Number 442025
5780 Windward Pkwy
Suite 225
Alpharetta, GA 30005
Email: Art@ArthurWLeach.com
Phone: 404-786-6443

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of March, 2012, I personally filed the foregoing "Motion to be Relieved of Appearance or to Limit Appearance" with the Clerk of the Court using the CM/ECF system that will send notification to the below listed counsel of record:

For the United States:
Jamie L. Mendelson
Assistant United States Attorney, and

J. Chris Larson
Assistant United States Attorney

For the State of Colorado:
Erik R. Neusch
Assistant Attorney General

For Mark Stephen Diamond:
Richard L. Tegtmeier

For Daniel David Delpiano:
John M Richilano

For Michael Terrell, David Delpiano and Laura C. Tabrizipour:
Patrick L. Ridley

For the Intervenors
John Tappan

/s/ *Arthur W. Leach*
Arthur W. Leach
Georgia Bar No. 442025
5780 Windward Pkwy
Suite 225
Alpharetta, GA 30005
Email: Art@ArthurWLeach.com
Phone: 404-786-6443