IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00390-MSK-MEH

UNITED STATES OF AMERICA, and
STATE OF COLORADO, *ex rel.* John W. Suthers, Attorney General,

      Plaintiffs,

v.

BELLA HOMES, a Delaware limited liability company,
MARK STEPHEN DIAMOND, an individual,
DANIEL DAVID DELPIANO, an individual,
MICHAEL TERRELL, an individual,
DAVID DELPIANO, an individual, and
LAURA C. TABRIZIPOUR, an individual, actually named as Relief-Defendant,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 27, 2012.**

      The Proposed Intervenor Robert Washington's Emergency Motion to Intervene and Request for Post Judgment Injunctive Relief [filed November 23, 2012; docket #51] is **denied without prejudice** for failure to comply with Fed. R. Civ. P. 24(c) ("[t]he motion must ... be accompanied by a pleading that sets out the ***claim or defense*** for which intervention is sought.") (emphasis added). The "pleading in support" of the motion is not actually a pleading but appears, in fact, to be a "brief in support" of the motion; however, the Court typically does not accept a "brief in support" of a motion. *See* D.C. Colo. LCivR 7.1C ("... a motion involving a contested issue of law shall ... be supported by a recitation of legal authority *incorporated into the motion*.") (emphasis added).[1]

      The Court also directs the Clerk of the Court to remove Mr. Washington's name from the caption as an "Intervenor Plaintiff," since there has yet been no order granting intervention.

---

[1] The Court acknowledges that Local Rule 7.1C does not apply to motions pursuant to Fed. R. Civ. P. 65, but the present motion also seeks relief pursuant to Fed. R. Civ. P. 24.